UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA #285148

IN RE:  
ALFONSO MARTINEZ  
XIOMARA RUIZ

CASE NO. 04-40759-BKC-RAM

APR 16 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,532.64 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 4/15/10

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

ALFONSO MARTINEZ  
XIOMARA RUIZ  
402 E. 9 COURT  
HIALEAH, FL 33010-5137

PATRICK L. CORDERO, ESQUIRE  
198 NW 37 AVENUE  
MIAMI, FL 33125

CITIFINANCIAL  
INVESTMENT RECOVERY  
P.O. BOX 914  
OWINGSMILLS, MD 21117

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   04-40759-BKC-RAM
ALFONSO MARTINEZ
XIOMARA RUIZ

                                    CHAPTER 13


ALFONSO MARTINEZ
XIOMARA RUIZ
402 E. 9 COURT
HIALEAH, FL 33010-5137


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CITIFINANCIAL              --------$      1,532.64
INVESTMENT RECOVERY
P.O. BOX 914
OWINGSMILLS, M D 21117            UNDELIVERABLE/STALE
                                  CLAIM REGISTER# 2

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130